CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FILED APR 09 2015
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | | |
|---|---|---|
| MARK LUCKUS TATUM, | ) | CASE NO. 7:15CV00093 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| U.S. SUPREME COURT OF VIRGINIA, | ) | |
| MAGISTRATE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b); and the clerk will close the case.

ENTER: This 8th day of April, 2015.

_____
Chief United States District Judge